# State of California

## SECRETARY OF STATE


FILED
JAN 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _PDC_ DEPUTY

# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

'08 MC 00 47

1. Country: United States of America
   This public document

2. has been signed by Gregory J. Smith

3. acting in the capacity of Assessor/Recorder/County Clerk, County of San Diego, State of California

4. bears the seal/stamp of the County of San Diego, State of California

## CERTIFIED

5. At San Diego, California

6. the 17th day of January 2008

7. by Deputy Secretary of State, State of California

8. No. 486047

9. Seal/Stamp:



10. Signature

_Debra Bowen_
Secretary of State

BY _[signature]_

NP-24 (REV. 1-07)

OSP 07 104059




# Gregory J. Smith
## COUNTY OF SAN DIEGO
### ASSESSOR / RECORDER / COUNTY CLERK

| **ASSESSOR'S OFFICE** | | **RECORDER / COUNTY CLERK'S OFFICE** |
|---|---|---|
| 1600 Pacific Highway, Room 103 | | 1600 Pacific Highway, Room 260 |
| San Diego, CA 92101-2480 | www.sdarcc.com | P.O. Box 121750 • San Diego, CA 92112-1750 |
| Tel. (619) 236-3771 • Fax (619) 557-4056 | | Tel. (619) 237-0502 • Fax (619) 557-4155 |

I, GREGORY J SMITH, Assessor/Recorder/County Clerk of the County of San Diego, State of California, having by law a Seal, DO HEREBY CERTIFY that:

__IMEE MAY MONES_____ whose name is subscribed to the oath or Certificate of Proof or Acknowledgement of the annexed instrument and thereon written, was at the time of taking such oath, or Proof or Acknowledgement, a Notary Public, in and for said County, duly commissioned and sworn and duly authorized by the laws of said State to take the same and administer oaths and to take the Acknowledgements and Proofs of Deeds and other instruments in writing to be recorded in this State. I am acquainted with the handwriting of such Notary Public and believe that the signature to said oath or Certificate of Proof Acknowledgement is genuine. I further certify that under the laws of the State of California the said oath or Certificate of Proof or Acknowledgement is required to be under seal, but the impression of said seal is not required by the laws of the State of California to be filed in my office or in any other place.

DATED: __January 17, 2008__     Witness by hand



GREGORY J SMITH, County Assessor/Recorder/Clerk

*Branch Offices Available To Serve You*

| **CHULA VISTA** | **EL CAJON** | **KEARNY MESA** | **SAN MARCOS** |
|---|---|---|---|
| 590 Third Avenue | 200 S. Magnolia Avenue | 9225 Clairemont Mesa Blvd. | 141 E. Carmel St. |
| Chula Vista, CA 91910-5617 | El Cajon, CA 92020-4524 | San Diego, CA 92123-1211 | San Marcos, CA 92078-4309 |
| (619) 498-2200 | (619) 401-5700 | (858) 505-6262 | (760) 940-6868 |

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☒ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1. I, Arch Bishop King Solomon II affirm that
2. the attached document Archetype
3. Act of State, Reaffirmation of Character
4. and Status and Renunciation of Attempted
5. Expatriation. This documents are true and correct.
6. Archbishop King Solomon II ©

Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

State of California
County of San Diego

Subscribed and ~~sworn to~~ (or affirmed) before me on this 17th day of January, 2008, by

(1) KING SOLOMON II
Name of Signer,

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.)

(and
(2) _____
Name of Signer,

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
Signature of Notary Public

**IMEE MAY MONES**
Commission # 1741974
Notary Public - California
San Diego County
My Comm. Expires Apr 26, 2011

Attached document is embossed.

Place Notary Seal Above

--- **OPTIONAL** ---

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**
Title or Type of Document: ACT OF STATE REAFFIRMATION OF CHARACTER & STATUS AND RENUNCIATION OF ATTEMPTED EXPATRIATION
Document Date: 1/17/08    Number of Pages: 1

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

# Archetype

Form: publici juris/Affidavit
Session: one supreme court

## Act of State
## Reaffirmation of Character and Status
## And Renunciation of Attempted Expatriation

    I, Me, **Archbishop: King-Solomon II,** © by this International Common Law Registration in Forum Originis, being of the age of majority complete in my faculties, a natural born Divine creation in Full Life and a Private, Sentient, non-civilly dead. non-Citizen, Absolute Sovereign Neutral " in intinere" upon the Land within the constitutional Public survey boundaries within **California,** the 1849 Republic, and of a constitutional Township, within the body of a constitutional county known as San Diego the proper jurisdictions of the Common Law thereto, do solemnly make this Reaffirmation, pursuant to my freedom of religion, of an Ambassador on a Mission and Subject of the Kingdom of The Power Of Powers of Yashua; and an American Sovereign, in good standing and behavior, Public Minister (Ambassador) and an absolute owner (dominium plenum) inhabitant of the organic states united ("a more perfect union") by the Articles of Confederation and the Constitution for the United States of America (1791 to date) with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto/ Renegade/Corporate), by means of fictions or otherwise, to extract or to impose any changes in my lawful Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Fictitious " U.S." "person," "Consumer," "individual," "Citizen," "Citizen," "Citizen-subject," "plaintiff/defendant," "resident," "taxpayer," "driver," "gun/firearm owner," "debtor," "whoever," et al, subject to the seizure of Alien Properties under the hypothecated, Corporate/Legislative/Military/Maritime/ Admiralty/Fictitious Democracy UNITED STATES, et al, and not part of any (De Facto/Corporate)"FORUM" by means of "False muster" and "mixed War," Such corporations are fraudulent and non-existent in the Law, including, but not limited to, the UNITED STATES, STATE OF CALIFORNIA, COUNTY OF SAN DIEGO, TOWNSHIP OF FALLBROOK. ARCHBISHOP: KING SOLOMON II, KING S. II, KING S II, KING, K. Solomon II, KING. S. II, KING, K. Solomon II, K, K.S. II, or any variation thereof, 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. etc. This doctrine of "piercing the Corporate Veil" with its "instrumentality Rule,' will serve notice, (judicial, presidential, or otherwise,) that all acting as Corporate officers, etc, whether by color of law or color of official right are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings, and are acting in a forum that is foreign to this Archbishop: **King Solomon II** "Forum Originis," For the peace and safety of all Corporate officers, etc, as well as myself I have identified all my guaranteed, absolute properties ("Life, Liberty, and Pursuit of Happiness,") until such time as the present De Facto/Renegade/Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the international Record (Serial) Number (Apostille No.,) as has been recognized, received, recorded, and issured by the De Facto/Renegade/Corporate government. As this Number is the international registration National authentication, and State certification of a Public Document of the United States of America, my Nations, and of my Status, as well as indentification of all my guaranteed, Properties, whether private or public, are, haven been, and continue to be in Lawful possession by me. Any confiscation or seizure of any kind of any of the guaranteed, absolute Private and Public properties by any of the De Factor/Renegade/Corporate Officers, etc, will result in damages of Ten Million Dollars of United States (Treaty States, nation-state) specie Money, (United States Dollars silver/ "Blocked"), that being enumerated in Article 1, Section 10, Clause 1 as "gold and silver Coin" In the Constitution for the United States of America (1791 to date), to be multiplied by not only the damaging party, but by all those in concert and causes of action.

    This Declaration is made absolute by the enclosed Apostille, (The State of **California**) copy, and, pursuant to California Republic (1849) shall be made final, adopted and accepted by the Doctrine of Estoppel (by acquiescence). Law of the Record (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S.163; "The Bible is law to be applied nationally"); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S Mail (registered) or otherwise, it will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to me, pursuant to Congressional demand within 15 Stat. ch. 249.

Dates: Spiritual: in the Beginning" plus Six Days:      Announcement of Diplomatic Arrival: March 2, 1966

By: *King: Salomon II: Archbishop* _____ © (Common Law):
Me: Christian in Full Life: Private: Sentient: Sovereign: Divine inhabitant beyond sea on the land within North America,
    Within California a Republic: Within a constitutional county and a constitutional township republic. American
    "…at the mouths of two, or at the mouths of three the matter is established." Deuteronomy 19:15

By: *Tarik: Freeman-El:* _____      _____
Divine, Sentient, and Common Law Witness      Divine, Sentient, and Common Law Witness