

# State of California

## SECRETARY OF STATE



FILED
JAN 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____PDC____ DEPUTY

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

'08 MC 00 47

1. Country: United States of America
   This public document

2. has been signed by Gregory J. Smith

3. acting in the capacity of Assessor/Recorder/County Clerk, County of San Diego, State of California

4. bears the seal/stamp of the County of San Diego, State of California

## CERTIFIED

5. At San Diego, California

6. the 17th day of December 2007

7. by Deputy Secretary of State, State of California

8. No. 476002

9. Seal/Stamp:



10. Signature

*Debra Bowen*
Secretary of State

BY _____

NP-24 (REV. 1-07)

OSP 07 104059




# Gregory J. Smith

## COUNTY OF SAN DIEGO

### ASSESSOR / RECORDER / COUNTY CLERK

**ASSESSOR'S OFFICE**
1600 Pacific Highway, Room 103
San Diego, CA 92101-2480
Tel. (619) 236-3771 • Fax (619) 557-4056

www.sdarcc.com

**RECORDER / COUNTY CLERK'S OFFICE**
1600 Pacific Highway, Room 260
P.O. Box 121750 • San Diego, CA 92112-1750
Tel. (619) 237-0502 • Fax (619) 557-4155

I, GREGORY J SMITH, Assessor/Recorder/County Clerk of the County of San Diego, State of California, having by law a Seal, DO HEREBY CERTIFY that:

__B R MEHTA__ whose name is subscribed to the oath or Certificate of Proof or Acknowledgement of the annexed instrument and thereon written, was at the time of taking such oath, or Proof or Acknowledgement, a Notary Public, in and for said County, duly commissioned and sworn and duly authorized by the laws of said State to take the same and administer oaths and to take the Acknowledgements and Proofs of Deeds and other instruments in writing to be recorded in this State. I am acquainted with the handwriting of such Notary Public and believe that the signature to said oath or Certificate of Proof Acknowledgement is genuine. I further certify that under the laws of the State of California the said oath or Certificate of Proof or Acknowledgement is required to be under seal, but the impression of said seal is not required by the laws of the State of California to be filed in my office or in any other place.

DATED: __December 17, 2007__       Witness by hand

GREGORY J. SMITH, County Assessor/Recorder/Clerk

*Branch Offices Available To Serve You*

| CHULA VISTA | EL CAJON | KEARNY MESA | SAN MARCOS |
|---|---|---|---|
| 590 Third Avenue | 200 S. Magnolia Avenue | 9225 Clairemont Mesa Blvd. | 141 E. Carmel St. |
| Chula Vista, CA 91910-5617 | El Cajon, CA 92020-4524 | San Diego, CA 92123-1211 | San Marcos, CA 92078-4309 |
| (619) 498-2200 | (619) 401-5700 | (858) 505-6262 | (760) 940-6868 |

# COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of __California__

County of __San Diego__ } ss.

I, __King Solomon II ©__, hereby swear (or affirm) that the
    Name of Custodian of Original Document

attached reproduction of __Declaration of Citizenship__ is a true,
                          Description of Original Document

correct and complete photocopy of a document in my possession.

[Stamp: HTA 1581280 -California COUNTY May 22, 2009 ESI1]

__King Solomon II ©__
Signature of Custodian of Original Document

__160 W. Foothill Pkwy # 105-248__
__Corona, CA 92862__
Address

[Stamp: B. R. MEHTA COMM. #1581280 Notary Public-California SAN DIEGO COUNTY My Comm. Exp. May 22, 2009]

Subscribed and sworn to (or affirmed) before me on this __17__ day of __December__, __2007__.

__B. R. Mehta__
Signature of Notary Public

Place Notary Seal Above

---- OPTIONAL ----

Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: __Declaration of Citizenship__

Document Date: __7-23-2007__   Identifying No.: __Exhibit B__   No. of Pages: ____

Signer(s) or Issuing Agency: __Archbishop King Solomon II ©__

**Capacity Claimed by Custodian**

☐ Individual
☐ Corporate Officer — Title: ____
☐ University or School Officer — Title: ____
☐ Governmental Officer or Agent — Title: ____
☐ Business Proprietor or Manager
☐ Attorney
☐ Trustee
☐ Other: ____

**RIGHT THUMBPRINT OF CUSTODIAN**
Top of thumb here

Custodian is Representing: __National/California Republic__

© 2001 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Prod. No. 5923    Reorder: Call Toll-Free 1-800-876-6827



# DECLARATION OF CITIZENSHIP

I, ARCHBISHOP KING SOLOMON II ©, the undersigned, hereby affirm and declare that:
I am the National born state citizen making this affidavit, and if called upon as a witness, I will testify to the following facts, which I believe to be true and accurate to the best of my personal knowledge and understanding:

1. I am a National born man born in the City of Oceanside, California Republic, on the 2 day of March in the year 1966, as a Citizen of the California Republic.
2. Both of my parents, THURMAN HERRON, and ODELL HERRON., are of the National born.
3. My mother's parents were of the National born.
4. My father's parents were of the National born.
5. I changed my domicile to the California Republic in the year 2007.
6. I took an Oath of Allegiance to the California republic, duly recorded at the San Diego County Recorder, in San Diego County, California Republic.
7. I am not a federal "Citizen of the UNITED STATES" under the so-called 14th Amendment.
8. I am not a citizen of the DISTRICT OF COLUMBIA, resident of the DISTRICT OF COLUMBIA, a resident of a federal enclave within the STATE OF CALIFORNIA, or a resident alien in the STATE OF CALIFORNIA.
9. I am not an alien, foreign corporation, officer, director, stockholder, or employee of a foreign corporation.
10. I am a common-law Citizen of California, domicile within the California Republic.

Dated this __23__ day of __July__ in the year 2007.

_ARCHBISHOP KING SOLOMON II_

STATE OF CALIFORNIA      )
                         ) SS
COUNTY OF SAN DIEGO      )

On this __16__ day of __August__ in the year 2007, before me, the undersigned, a Notary Public in and for the STATE OF CALIFORNIA, personally appeared ARCHBISHOP KING SOLOMON II © proved to me on the basis of satisfactory evidence to be the Citizen who subscribed to the within instrument and acknowledged to me that he executed it.

Witness my hand and official seal.

BRIAN J. CHURCH
Commission # 1686898
Notary Public - California
San Diego County
My Comm. Expires Sep 6, 2010

_Brian J. Church_
Notary Republic

EXHIBIT "B"

```
         UNITED STATES
         DISTRICT COURT
      SOUTHERN DISTRICT OF CALIFORNIA
           SAN DIEGO DIVISION

       # 146967      - SR

       January 29, 2008
           14:13:33


             Misc. Case
USAO #.: MISC. FILING
Amount.:                  $20.00 CK
                          $19.00 CC
Check#.: 1



     Total-> $39.00



FROM: KING SOLOMON II
      MISC. FILING
```