

# State of California

## SECRETARY OF STATE

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

'08 MC 00 47

1. Country: United States of America
   This public document

2. has been signed by Gregory J. Smith

3. acting in the capacity of Assessor/Recorder/County Clerk, County of San Diego, State of California

4. bears the seal/stamp of the County of San Diego, State of California

### CERTIFIED

5. At San Diego, California

6. the 11th day of February 2008

7. by Deputy Secretary of State, State of California

8. No. 495692

9. Seal/Stamp:



10. Signature

*Debra Bowen*
Secretary of State

BY _[signature]_

NP-24 (REV. 1-07)   OSP 07 104059




# Gregory J. Smith

## COUNTY OF SAN DIEGO

### ASSESSOR / RECORDER / COUNTY CLERK

| **ASSESSOR'S OFFICE**<br>1600 Pacific Highway, Room 103<br>San Diego, CA 92101-2480<br>Tel. (619) 236-3771 • Fax (619) 557-4056 | www.sdarcc.com | **RECORDER / COUNTY CLERK'S OFFICE**<br>1600 Pacific Highway, Room 260<br>P.O. Box 121750 • San Diego, CA 92112-1750<br>Tel. (619) 237-0502 • Fax (619) 557-4155 |
|---|---|---|

I, GREGORY J SMITH, Assessor/Recorder/County Clerk of the County of San Diego, State of California, having by law a Seal, DO HEREBY CERTIFY that:

__SETH   ESSENFELD_____ whose name is subscribed to the oath or Certificate of Proof or Acknowledgement of the annexed instrument and thereon written, was at the time of taking such oath, or Proof or Acknowledgement, a Notary Public, in and for said County, duly commissioned and sworn and duly authorized by the laws of said State to take the same and administer oaths and to take the Acknowledgements and Proofs of Deeds and other instruments in writing to be recorded in this State. I am acquainted with the handwriting of such Notary Public and believe that the signature to said oath or Certificate of Proof Acknowledgement is genuine. I further certify that under the laws of the State of California the said oath or Certificate of Proof or Acknowledgement is required to be under seal, but the impression of said seal is not required by the laws of the State of California to be filed in my office or in any other place.

DATED:  February 11, 2008         Witness by hand




GREGORY J SMITH, County Assessor/Recorder/Clerk

*Branch Offices Available To Serve You*

| **CHULA VISTA**<br>590 Third Avenue<br>Chula Vista, CA 91910-5617<br>(619) 498-2200 | **EL CAJON**<br>200 S. Magnolia Avenue<br>El Cajon, CA 92020-4524<br>(619) 401-5700 | **KEARNY MESA**<br>9225 Clairemont Mesa Blvd.<br>San Diego, CA 92123-1211<br>(858) 505-6262 | **SAN MARCOS**<br>141 E. Carmel St.<br>San Marcos, CA 92078-4309<br>(760) 940-6868 |
|---|---|---|---|

**NON-NEGOTIABLE-NON-TRANSFERABLE SOVEREIGN PRIVATE LAW OTTLE OR ORIGIN**

# Archetype
## Act of State
### Solemn Proclamation of Reaffirmation of Character, Standing, Citizenship, and Domicil

NOTE: This instrument is herewith filed in the United States District Court, Southern District of California, File No. '08 MC 0047, as an amendment to and replacement of the original document filed January 29, 2008, under title: "Archetype Act of State Reaffirmation of Character and Status And Renunciation of Attempted Expatriation."

KNOW ALL MEN BY THESE PRESENTS: That the sentient, living, spiritually free and autonomous man known as King Solomon II, hereinafter "Declarant," does herewith openly proclaim to all people and powers of the Earth that under the absolute sovereign authority and capacity deriving from Declarant's Covenant and eternal, indissoluble union with the Creator of all existence and all life, Declarant solemnly executes this Act of State for the express purpose of reaffirming Declarant's character, standing, and undiminished right and power to act in all matters as a spiritual ambassador of the Kingdom of the Creator and does herewith provide open notice to all people everywhere, in private capacity, of the following matters regarded by Declarant as essential, inviolate, and inviolable elements of this Act of State:

I. Declarant's exclusive citizenship, domicil, applicable law, venue, and jurisdiction derive solely from Declarant's Covenant with the Creator.

II. Declarant is mandated by Declarant's Covenant to live in peace, honor, non-interference, and non-harmfulness with all people in accordance *inter alia*, the premise that to dishonor another is simultaneously to dishonor oneself, all others, the Creator of all living beings, and the divine life that all living beings equally live, express, and enjoy. Inasmuch as it appears self-evident that genuine peace can occur only through mutual honor by and between whatever living beings may share a common desire for peace, in said spirit and in compliance with Declarant's Covenant, Declarant is precluded from instigating any initiatory force, interference, aggression, or violence against anyone, and, in reciprocity thereof, Declarant is likewise precluded by Declarant's Covenant from assenting or consenting to be diminished of any rights, powers, capacity, or standing in law, or acted against in any adverse manner whatsoever, on the basis of being construed in ways that are based entirely on the freely-chosen beliefs, attitudes, world-view, and priorities of each particular acting party and not within Declarant's province of authority to judge or dishonor, such as acting against Declarant on the basis of labeling Declarant an "enemy," "pirate," "outlaw," "refugee," or the like, or being lawfully subjected to the provisions of any "war powers," "law of necessity," "state of emergency," whether declared, express, implied, constructive, created by operation of law, or otherwise. Further, based on lack of requisite omniscience and spiritual authority to judge or speak for any other living being, Declarant regards as just, sane, and valid such principles as: "It is a fault to meddle with what does not belong to or does not concern you," and "Anyone acting in dishonor forfeits all standing in law, claim of legitimate authority, right to receive equity, and all lawful authority to compel compliance from anyone."

III. The phrase, "Satisfactory Proof of Claim," as used herein, is defined as: "any document containing all of the elements required for enabling a document to be deemed satisfactory and cognizable under the terms and conditions of this private law," whereby any document executed by any party as might attempt to become involved with the subject matter of this Act of State, hereinafter "Disputant," may be cognized only upon being executed by Disputant in private capacity as a living, sentient, spiritually free and autonomous being under affidavit notarized true, correct, and complete wherein Disputant accepts full personal, commercial, legal, civil, and criminal liability, responsibility, and accountability for the validity, veracity, accuracy, relevance, and verifiability of each and every matter set forth in said document and proof of claim that every document provided is established on the record by competent witness as valid evidence and not hearsay, including, but not necessarily limited to, any and all documents claimed as Satisfactory Proof of Claim of all required 1) commercial paperwork, bookkeeping, full and bonded accounting, and the like; 2) identification with particularity of all creditors to whom Declarant allegedly owes what specific performance or sum-certain amount of monetary obligation in defined currency of designated par value; 3) alleged oaths, allegiances, declarations, and the like, purporting to bind or obligate Declarant in any manner; 4) documents setting forth with particularity all details of origin and terms and conditions of all express, implied, constructive, presumed, or adhesion contracts, international maritime contracts in dispute, or otherwise, to which Declarant is presumed to be an obligated party; 5) proof with particularity that Declarant is in violation of the terms and conditions of a specific contract claimed as the essential and foundational basis for asserting an obligation upon Declarant to tender a sum-certain amount of specified currency of designated par value for satisfaction thereof; 6) authority for any Disputant to disregard this Act of State or any provision thereof; and, 7) notification with particularity of a mutually convenient date, time, and place where Declarant, accompanied by notary public and court reporter, may inspect and photocopy the original of each and every one of the above-referenced documents.

IV. Declarant "specifically negatively avers," i.e., "is not aware of" the existence of any verified and verifiable documentary material evidence constituting Satisfactory Proof of Claim of any of the below-itemized matters, and requires as conditions precedent for any Disputant to instigated any adverse action against Declarant that said Disputant provide the notary public designated hereunder a minimum of five (5) business days prior to implementing Disputant's intended adverse action with Satisfactory Proof of Claim of: **One:** Possession by Disputant of valid, verified, and verifiable sovereignty sufficient to exercise lawful authority over Declarant's life, rights, property, or right to property greater than the supreme and paramount sovereignty of the Creator. **Two:** Lawful authority to compel Declarant to participate in any proceedings in any court, venue, or jurisdiction foreign and alien to the venue, jurisdiction, and applicable law of Declarant's Covenant, or lawfully sanction Declarant for any purported non-appearance in any forum, tribunal, or proceeding foreign and alien to Declarant's Covenant and

exclusive applicable law. **Three:** Lawful authority for the personnel of any court, tribunal, or adjudicating forum, or any law-enforcement personnel, to address or intervene in political questions such as free choice of domicil and citizenship of a foreign sovereign. **Four:** Lawful authority to compel a foreign sovereign to be sued in said sovereign's court without the express, voluntary consent of said sovereign. **Five:** Lawful authority to compel Declarant to satisfy such legal impossibilities and irreconcilable conflicts of interest as complying with all of the mandates and obligations imposed on Declarant by a jurisdiction that is foreign and alien to the jurisdiction of Declarant's Covenant and, at the same time, honoring such fundamental precepts of Declarant's Covenant as: "Thou shalt have no other Gods before me," and, "Man cannot serve two masters...." **Six:** Lawful authority to deny Declarant's absolute right, based on inadvertence, mistake, and perceived absence of genuine agreement and true meeting of the minds, to cancel, extinguish, revoke, abrogate, annul, disavow, disclaim, renounce, and render null and void *ab initio, nunc pro tunc, in toto*, all and singular, any and all: a) presumed signatures of Declarant on any documents of any nature alleged to grant binding authority to any organization, government, quasi-government, agency, political entity, private party, religion, corporate entity, legal person (*ens legis*), or otherwise, or to obligate, subordinate, subjugate, or entangle Declarant with any law forum other than Declarant's Covenant with the Creator; b) alleged oaths, pledges, allegiances, or actions regarded as forming any binding contract, nexus, minimal contact, or allegiance to any venue, jurisdiction, or applicable law other than Declarant's Covenant; c) agreement by Declarant to be categorized as any form of limited-liability, diminished-capacity entity, person, individual, citizen of the United States, resident, taxpayer, driver, debtor, or any other classification as may be asserted as legal grounds for obligating Declarant in any way; **Seven:** Lawful basis of authority to prevent this Act of State from operating as a binding tacit affidavit by which Disputant unconditionally stipulates that any unauthorized action by Disputant concerning this instant matter self-functions to "pierce the corporate veil" and, in accord with the "instrumentality rule," render Disputant devoid of official immunity and fully liable, responsible, and accountable in personal capacity. **Eight:** Grounds to claim lawful authority to act against Declarant based on any unverified or unrevealed presumption that at any time, in any manner, Declarant did knowingly, intentionally, and voluntarily waive the lawful right to be guaranteed full immunity from being trespassed against, encroached upon, or diminished of any rights, standing, capacity, immunities, or privileges inhering in any recognized law as an unalienable right of a man free-born on the soil of that certain area of the Creator's Earth referenced, *inter alia*, as "one of the several states of the union of states of the united states of America," or that Declarant's reliance on said guarantee of right may be construed in any manner or to any degree as abrogating, diminishing, compromising, or conflicting with of Declarant's Covenant. **Nine:** Lawful basis of authority to prevent, impede, delay, or interfere with Declarant's unfettered capacity to live, travel, and execute any document, instrument, or claim of any nature as one of the "free sovereign people" deemed established in law as the true sovereigns of the united states of America. **Ten:** Proof that any purported judge as may attempt to intervene in private contract to which said purported judge is a non-party may not be deemed 1) attempting to usurp jurisdiction where none may be lawfully presumed or exercised by said purported judge nor granted by any party to the private contract; 2) attempting to "impair the obligation of contract"; 3) act in express violation of said purported judge's underwriting and bond of office; and, 4) in accordance with the principles and rulings as may deemed inhering in such law as Title 28. Judicial Administration PART 0—ORGANIZATION OF THE DEPARTMENT OF JUSTICE, §0.85 General functions (1), and the U.S. Supreme Court case of *Luther v. Borden*, be reasonably regarded as a terrorist by attempting to interfere with Declarant's free choice of domicile or citizenship. **Eleven:** Lawful right to exercise physical force or violence of any kind against Declarant in the absence of proving lawful and political legitimacy may not reasonably be deemed lawless aggression and criminal declaration of war against a peaceful sovereign in violation of rulings and precedents deemed inhering in such laws and international treaties as: 1) The United Nations Charter; 2) The United Nations Universal Declaration of Human Rights, 10 December 1948; 3) The Genocide Treaty; 4) The Convention Concerning Forced or compulsory Labour, 28 June 1930, as modified by the Final Article Revision Convention 1946; 5) The League of Nations Convention to Suppress the Slave Trade and Slavery, 26 September, 1925, with the Protocols Amending the Slavery Convention, 7 December 1953, with the Supplementary Convention on the Abolition of Slavery, the Slave Trade, and Institutions and Practices Similar to Slavery, 7 September 1956; 5) American Convention on Human Rights, "Pact of San Jose Costa Rica" (22 Nov. 1969) – Entered into force on 18 July 1978; 6) Nuremberg Trials at the conclusion of World War II; 7) Vienna Convention on Diplomatic Relations of April 18, 1961; 8) Convention de la Haye du 5 Octobre 1961. **Twelve:** Proof that Disputant has established on the record Satisfactory Proof of Claim that a) Declarant understands *in toto*, all and singular, all aspects of Disputant's subjective perspective, meaning, interpretation, and intended consequences concerning each and every action and utterance of both Declarant and Disputant; b) Declarant and Disputant share a genuine meeting of the minds, which is required for a true agreement to exist between Declarant and Disputant for both Declarant and Disputant to be absolutely certain that both parties understand each and every aspect of the interaction between the parties in exactly the same manner; and, c) Declarant and Disputant possess identical understanding of the full meaning, intended ramifications, and legal consequences of all words, phrases, terms, and conditions of the alleged contract formed by the purported agreement between the parties, which three (3) elements are deemed absolutely prerequisite for proof of claim that a genuine agreement—and therefore a valid contract enforceable in law—exists between Declarant and Disputant sufficient to grant Disputant lawful authority to impose any jurisdiction, obligation, or specific performance of any nature against Declarant.

**V.** By the provisions hereof, this Act of State is deemed in full force and effect upon execution and filing for public cognizance in the United States District Court, "USDC," and is established on the record as final, unconditional, and irrevocable stipulation by all men everywhere of the inviolability of this Act of State and all provisions thereof in the absence of receipt by the notary public designated hereunder, within thirty (30) calendar days of date of filing in the USDC, Satisfactory Proof of Claim of each and every one of the foregoing twelve (12) conditions precedent itemized in § IV, *supra*, whereupon a permanent and irreversible estoppel is deemed forever established on the record as binding on all men everywhere and foreclosing all possibility thereafter for any party to claim lawful authority to engage in any adverse action against Declarant in violation of any provisions of this

NON-NEGOTIABLE NON-TRANSFERABLE SOVEREIGN PRIVATE LAW

Act of State and that any such adverse action constitutes a self-executing tacit affidavit by and through which each and every party acting against Declarant, and all those acting in concert with said party, stipulate that all such actions are willful, ultra vires, actionable, and constitute Satisfactory Proof of Claim that each acting party personally owes Declarant compensation and recompense in gold coin in the sum-certain amount of Ten Million (10,000,000) United States Dollars as defined in the Coinage Act of 1792, as amended, devoid of official immunity or defense, which sum-certain amount is pre-stipulated as due and payable immediately, upon demand, without protest, impound, delay, deduction, impost, or duty, with no requirement for any further action or document required by anyone to prove final stipulation between the parties that said acting party is fully bound and obligated to pay the debt as required and that Declarant may lawfully engage in any legal and commercially viable means to collect said debt.

VI. It is herewith specifically noticed and intended to be expressly understood that any alleged reply, notice, documentary material evidence, or communication of any nature whatsoever that is not executed in the manner required to constitute Satisfactory Proof of Claim, such as replying in any manner other than by means of affidavit notarized true, correct, and complete as specified hereinabove, or delivering any communication to any party or location whatsoever other than the notary public designated hereunder, is thereby self-voided of possibility or requirement to be cognized as a response under the requirements of this private law.

VII. Any and all words, phrases, quotations, laws, court cases, constitutions, codes, regulations, treaties, and otherwise, contained and cited herein are noticed without prejudice to any of Declarant's rights, standing, capacity, powers, authority, or honor, and are set forth exclusively for informational and reference purposes and for conveying matters Declarant deems of possible interest, significance, and consequence to any party as may elect to act in any adverse manner against Declarant concerning this instant matter.

VIII. Use of notary does not signify adhesion or submission to any foreign, municipal, or domestic jurisdiction.

IX. King Solomon II, i.e., "Declarant," does herewith certify, state, and claim that Declarant executes this "Archetype Act of State Solemn Proclamation of Reaffirmation of Character, Standing, Citizenship, and Domicil" with sincere intent, possesses competence for stating the matters set forth herein, and declares, upon Declarant's sovereign authority derived from Declarant's Covenant, that the contents are intended as being true, correct, complete, and certain in accordance with Declarant's good faith and best knowledge and understanding.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS
NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPAL

Executed in the Original and Exclusive Jurisdiction of Declarant's Covenant with the Creator.

_King Solomon II_
King Solomon II, Declarant

Direct all inquiries to:
Neshawna Davis, notary public
Re: King Solomon II
C/o: PNB 61
14150 Grant Street
Moreno Valley, CA 92553

---

**Archetype**
**Primary Signature Certification**
**Convention de la Haye du 5 octobre 1961**
**TIAS 10072, 33 UST 883, 527 UNTS 189 (CONVENTION # 12)**

State of California )
) ss;
County of San Diego )

On February 11, 2008 before me, SETH ESSENFELD, personally appeared King Solomon II, who proved to me on the basis of satisfactory evidence to be the party whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the party executed the instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal:

NOTARY PUBLIC SIGNATURE
My commission expires FEB 20, 2010

NOTARY PUBLIC SEAL
OFFICIAL SEAL
SETH ESSENFELD
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1640304
SAN DIEGO COUNTY
MY COMM. EXP. FEB. 20, 2010

Witness attestations true, correct, and complete:

Witness 1: Virgil Leroy Scott        Date: 02/11/08
Witness 2: Brian Anson Lucas         Date: 02/11/08

Page 3 of 3.
Reference No. 0001-A        Archetype—Act of State        USDC File No. 08MC0047